## HUGHES V. THE STATE.

### *Presenting Fire Arm.*

(Decided June 13, 1906.   41 So. Rep. 427.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

R. D. CRAWFORD, for appellant.

MASSEY WILSON, Attorney General, for State.

Affirmed.

Opinion by WEAKLEY, C. J.

TYSON, SIMPSON and ANDERSON, JJ., concur.